SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 200
Roseville, CA 95661
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff
Brian Dobbins

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| BRIAN DOBBINS**,**<br><br>                    Plaintiff,<br><br>        v.<br><br> CASHNET USA; et. al.,<br><br><br><br>                    Defendants. | Case No.: 2:18-cv-00493-WBS-AC<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT.CASHNET USA |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Brian Dobbins and defendant CashNet USA, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  Plaintiff anticipates filing a dismissal within 21 days once the settlement is finalized.


Dated:   May 15, 2018

                                        **Sagaria Law, P.C.**
                                        */s/ Elliot Gale*
                                        Elliot Gale
                                        Attorneys for Plaintiff