Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Brian Dobbins

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| BRIAN DOBBINS,<br><br>           Plaintiff,<br><br>    vs.<br><br>CASHNET USA et. al.,<br><br>           Defendants. | Federal Case No.: 2:18-cv-00493-WBS-AC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CASHNET USA PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Brian Dobbins, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant CashNet USA as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

    (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1   (1) a notice of dismissal before the opposing party serves either an answer
2   or a motion for summary judgment.
3   Defendant CashNet USA has neither answered Plaintiff's Complaint, nor filed a motion for
4   summary judgment.  Accordingly, the matter may be dismissed against it for all purposes and
5   without an Order of the Court.

7   Dated: June 7, 2018                     Sagaria Law, P.C.

                                            By:     */s/ Elliot W. Gale*
                                                         Elliot W. Gale
                                            Attorneys for Plaintiff
                                            Brian Dobbins